UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60038-Civ-SCOLA

H.E.R.O., INC. et al.,

    Plaintiffs,

vs.

IDA C. SELF,

    Defendant.

_____/

## ORDER ON DEFAULT JUDGMENT PROCEDURE

THIS MATTER is before the Court upon the Default entered by the Clerk of the Court against Defendant Ida C. Self [ECF No. 18]. It is hereby **ORDERED and ADJUDGED** that Plaintiff must file one of the following two responses by **June 19, 2012**:

1. Where there is only one Defendant, or where there are multiple Defendants,[1] but no allegations of joint and several liability, and no possibility of inconsistent liability between Defendants, Plaintiff shall file a *Motion for Default Final Judgment*.

The *Motion for Default Judgment* must include affidavits of any sum certain due from the Defendant(s), and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *Motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word (.doc) format** at scola@flsd.uscourts.gov. Plaintiff shall send a copy of the *Motion* to Defendants' counsel or to the Defendants individually, if they do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent.

---

[1] If there are multiple Defendants, Plaintiff must state in the *Motion for Default Final Judgment* that there are no allegations of joint and several liability, and set forth the basis why there is no possibility of inconsistent liability.

If the Defendant(s) fail to move to set aside the Clerk's Default or respond to the *Motion for Default Judgment* within the time permitted by the Rules, (*see* Federal Rule of Civil Procedure 55(c) and Local Rule 7.1(c)), default final judgment may be entered, which, simply put, means that Plaintiff may be able to take the Defendant's property or money, and/or obtain other relief against them.

2. Where there are multiple Defendants and allegations of joint and several liability, or the possibility of inconsistent liability between Defendants, Plaintiff shall file a *Notice of Joint Liability*. See *Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The *Notice of Joint Liability* must briefly describe the allegations and advise the Court of the status of the other Defendants' liability. Once liability is resolved as to all Defendants, Plaintiff may move for the entry of default judgment against Defendants, as described in (1) above, no later than **fourteen days thereafter.**

Plaintiff's failure to file for a *Motion for Default Judgment* or *Notice of Joint Liability* within the specified time will result in a **dismissal without prejudice** as to these Defendants.

**DONE and ORDERED** in chambers, at Miami, Florida, on June 6, 2012.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of record
Ida C. Self, *pro se*
3435 Hamberton Circle
Murfreesboro, TN 37128